IN RE:                                                                    CASE NO.  14-03887-WSS-13
    Antonio M. Jones, Sr.

        DEBTOR

## TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

    DANIEL O'BRIEN TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Based on the Trustee's calculation, payments need to **INCREASE** from **$165.00** per month to **$249.00** per month.

    WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$249.00** per month.

DATED:  May 15, 2015                                    /s/  DANIEL O'BRIEN TRUSTEE
                                                        _____
                                                        DANIEL O'BRIEN TRUSTEE
                                                        CHAPTER 13 TRUSTEE

| NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING |
|---|
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion.  If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion.  If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 1, 201 St. Louis Street, Mobile, AL  36602 on 06/17/2015 at 10:30 am. |

### CERTIFICATE OF SERVICE

    I certify that on May 15, 2015, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| UNITED STATES BANKRUPTCY CLERK | Antonio M. Jones, Sr. P.O. Box 130 Toxey, AL  36921 | ALLYSON C. PEARCE P.O. BOX 609 FOLEY, AL  36536 |
|---|---|---|

                                                        /s/  DANIEL O'BRIEN TRUSTEE
                                                        _____
                                                        DANIEL O'BRIEN TRUSTEE
                                                        CHAPTER 13 TRUSTEE